# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BENJAMIN MUHAMMAD**                                                      **PLAINTIFFS**

**V.**                  **CASE NO. 5:14-CV-00019-BSM/BD**

**GREGORY SOCIA, et al.**                                          **DEFENDANTS**

## **ORDER**

Mr. Muhammad filed this lawsuit pro se under 42 U.S.C. § 1983, alleging that his constitutional rights have been violated.[1] (Docket entry #1) Because his complaint was deficient, the Court ordered Mr. Muhammad to submit an amended complaint. Mr. Muhammad was specifically instructed to raise only one constitutional claim in his amended complaint. (#9) Mr. Muhammad has now complied with the Court's Order. (#16) For screening purposes Mr. Muhammad has stated a retaliation claim against Defendant Gregory Socia.[2] Service is now proper for Defendant Socia. Service is not appropriate for the remaining Defendants. Mr. Muhammad's claims against those Defendants will be addressed in a separate Recommendation.

The Clerk of Court is directed to prepare summons for Defendant Socia. The United States Marshal is directed to serve copies of the complaint and the amended

---

[1] Mr. Muhammad originally brought this lawsuit on behalf of himself as well as two other inmates. The Court previously dismissed those inmates as party Plaintiffs. (#14)

[2] Although Mr. Muhammad originally identified this Defendant as Gregory Sioas, he has now correctly identified him as Gregory Socia. Accordingly, the Clerk of the Court is directed to update the docket sheet to reflect this correction.

complaints, with any attachments (#1, #4, #16), and a summons for Defendant Socia without requiring prepayment of fees and costs or security.  Service for Defendant Socia should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

In his amended complaint, Mr. Muhammad requests copies of his request for injunctive relief, as well as the Recommendation denying that motion.  That request is GRANTED.  The Clerk of the Court is directed to include copies of docket entries #8 and #12, along with a copy of this Order.

IT IS SO ORDERED this 28th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE